WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**JOSHUA D. HURWIT, NEW YORK STATE BAR NO. 4503363**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Joshua.Hurwit@usdoj.gov

Attorneys for Defendants

KRISTIN F. RUETHER (ISB # 7914)
TODD C. TUCCI (ISB # 6526)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
kruether@advocateswest.org
ttucci@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT and<br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendants. | Case No. 1:13-CV-00397-REB<br><br>**SECOND STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS FOR 60 DAYS** |

**SECOND STIPULATION AND JOINT MOTION FOR STAY - 1**

Plaintiff Western Watersheds Project ("WWP") and Defendants Bureau of Land Management and U.S. Department of the Interior, through their undersigned counsel, hereby state as follows:

WHEREAS, WWP filed its Complaint in this action on September 9, 2013 (Dkt. No. 1);

WHEREAS, on October 8, 2013, this Court granted Defendants' motion for a stay of deadlines due to the government shutdown (Dkt. No. 5);

WHEREAS, on October 28, 2013 the parties filed a Stipulation and Joint Motion to Produce Documents and Stay Proceedings for 60 Days (Dkt. No. 6), through which Defendants agreed to produce documents to WWP pursuant to its FOIA requests by November 22, 2013;

WHEREAS, on October 28, 2013, the Court granted that motion;

WHEREAS, Defendants produced their final installment of documents in response to the FOIA requests at issue by package postmarked December 9, 2013;

WHEREAS, WWP received the final response on December 16, 2013, and is reviewing the production to determine whether it believes it is complete; and

WHEREAS, the parties would like additional time to address any concerns that WWP may have regarding completeness of production and/or to negotiate a settlement or dismissal of this case.

NOW THEREFORE, the parties, stipulate, agree, and jointly move the Court to stay the case for an additional 60 days, which has the effect of extending Defendants' deadline to file an answer (currently December 27, 2013) by 60 days.

**SECOND STIPULATION AND JOINT MOTION FOR STAY - 2**

Respectfully submitted this 23th day of December, 2013.

          WENDY J. OLSON
          UNITED STATES ATTORNEY

          By:

          /s/ Joshua D. Hurwit
          JOSHUA D. HURWIT
          ASSISTANT UNITED STATES ATTORNEY

          Attorney for Defendants

          /s/ Kristin F. Ruether
          Kristin F. Ruether
          Advocates for the West

          Attorney for Plaintiff WWP

**SECOND STIPULATION AND JOINT MOTION FOR STAY - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 1st day of December 23, 2013, the **SECOND STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS FOR 60 DAYS** was electronically filed with the Clerk of the Court using the CM/ECF system, which will sent a Notification of Electronic Filing to the following persons:

KRISTIN F. RUETHER
kruether@advocateswest.org

TODD C. TUCCI
ttucci@advocateswest.org

         /s/ Danielle Narkin
    Legal Assistant

**SECOND STIPULATION AND JOINT MOTION FOR STAY - 4**